IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

     Plaintiff,                  2:06-cv-1370-GEB-GGH-PS

    vs.

ALCOHOL AND DRUG ADMIN.,       ORDER

     Defendant.

_____/

        On August 7, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed, but plaintiff did file numerous documents in the form of declarations, requests for case status, letters, etc., that do not appear to be ones contemplated by the Federal Rules of Civil Procedure. Therefore, these documents filed August 10, 14, 23, 28, 29, and September 5, 7, 12, and 20, 2006, will be disregarded (docket nos. 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22).

        Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1  The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed August 7, 2006, are ADOPTED; and

2. This action is dismissed with prejudice for lack of subject matter jurisdiction.

Dated:  October 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge